CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

JUN 0 3 2010

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| HARRIET WHITE, o/b/o DW, | ) |
| | ) Civil Action No. 5:09CV00009 |
| Plaintiff, | ) |
| | ) |
| v. | ) **FINAL ORDER** |
| | ) |
| MICHAEL J. ASTRUE, | ) By: Samuel G. Wilson |
| Commissioner of Social Security, | ) United States District Court |
| | ) |
| Defendant. | ) |

This case is before the court on the objection of defendant, Michael J. Astrue, to the Magistrate Judge's report setting forth his proposed findings and recommendations pursuant to 28 U.S.C. § 636(b)(1)(C). The court has thoroughly reviewed the administrative record, the Magistrate Judge's report, defendant's objections to that report, and plaintiff's response to those objections, and the court concludes that the Magistrate Judge's report is correct and accordingly adopts that report.

Accordingly, it is **ORDERED** and **ADJUDGED** that plaintiff's motion for summary judgment is **GRANTED**, and the defendant's motion for summary judgment is **DENIED**, and the Commissioner's decision is **REVERSED** and **REMANDED** for the calculation of an award of benefits. This case is **ORDERED** stricken from the docket of the court.

ENTER: This June 3, 2010.

_____
UNITED STATES DISTRICT JUDGE